IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3057 |
| | ) | |
| V. | ) | |
| | ) | |
| JERILEE D. LUCKINBILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Today, the defendant admitted he entered an "*Alford*" plea to a much reduced charge in state court and accordingly admitted that he also violated his conditions of federal supervised release because of that state law violation. With the consent of the parties, I delayed disposition and ordered a Public Law Placement which is *not* intended as a substitute for punishment regarding the violation of the conditions of federal supervise release.

IT IS ORDERED that:

1. The probation officer shall arrange and facilitate a 180-day Public Law Placement at Bristol Station in Hastings, Nebraska. The defendant shall enter into such program, abide by all the rules, and successfully complete the placement. The defendant's conditions of supervision are amended accordingly with the consent of the defendant. The United States Marshal shall release the defendant upon the probation officer's request.

2. Disposition (sentencing) is set for Wednesday, July 30, 2014, at 12:00 noon.

3. The Clerk shall mail a copy of this Order to Michelle L. McNamara, United States Probation Officer, and also provide the United States Marshal with a copy.

DATED this 21st day of January, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge