IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3057 |
| | ) | |
| V. | ) | |
| | ) | |
| JERILEE D. LUCKINBILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon agreement of counsel, the defendant and the probation officer,

IT IS ORDERED that:

1. The pending petition (filing no. 75) is dismissed without prejudice and the defendant should be released from custody. The Clerk shall hand deliver a copy of this Order to the United States Marshals Service.

2. The defendant shall have no contact with Alicia Saltzman or her family and he shall stay away from the residence at 2416 NW 53rd Street, Lincoln, Nebraska.

3. The defendant shall immediately advise his supervising officer of his residence and keep her informed regarding said residence.

4. The motion to dismiss (filing no. 86) is denied as moot.

DATED this 29th day of December, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge